PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Adam Khales**                                    Docket No. **05-655**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **William Sobchik** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Adam Khales**, who was placed under pretrial release supervision by the **Honorable Dickenson R. Debevoice U.S. District Judge** sitting in the Court at 50 Walnut St Newark, NJ, on May 17, 2004, under the following conditions:

**1. Twenty FourHouse arrest with electronic monitoring with exceptions for employment and school.**
**2. Supervision by Pretrial Services.**
**3. Surrender passport.**
**4. Drug testing and treatment if needed.**
**5. Defendant's father to act as third party custodian**
**6. Travel restricted to New Jersey.**

Respectfully presenting petition for action of Court and for cause as follows:

On December 11, 2005 at 8:14 am Pretrial Services was alerted to a violation of the defendant's electronically monitored house arrest, specifically that the defendant had left his residence without authorization at 7:44 am   The defendant was contacted on his cell phone and advised the undersigned that his car was stolen and he was going to North Bergen Police Department to file a report. The defendant stated that after the police department he was going to work at his father's store until 4:00 pm. On December 12, 2005 Pretrial Services was contacted by the defendant's sister, Aaya Kales.  She stated that the defendant never came into work on December 11, 2005 and her father was concerned as he is third party custodian.  On December 13, 2005 Pretrial Services spoke with Officer Velez from North Bergen, NJ Police. He verified that the defendant and another individual, Jacquline Odino, had come in to report that Ms. Odino's car was stolen from the defendant's residence. No report was filed as they did not have any paperwork verifying ownership of the car.  Officer Velez indicated that the defendant arrived at the station at 9:15 am and left at 10:30 am. Reports from the monitoring center show the defendant returning home on December 1, 2005 at 4:38 pm.

PRAYING THAT THE COURT WILL ORDER **Bail conditions to be modified revoking employment and education exceptions to home confinement and placing the defendant on twenty four hour house arrest with exceptions for attorney visits and medical needs.**

| | |
|---|---|
| ORDER OF COURT<br><br>Considered and ordered this 13th day of December, 2005 and ordered filed and made a part of the records in the above case.<br><br>_____<br>Honorable Dickenson R. Debevoice<br>U.S. District Judge | I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on  12/13/05<br><br>_____<br>William Sobchik<br>U.S. Pretrial Services Officer. |