PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Adam Khales        Cr.: 05-000655-001

Name of Sentencing Judicial Officer: Honorable Dickinson R. Debevoise

Date of Original Sentence: 01/12/06

Original Offense: Manufacturing Counterfeit U.S. Currency

Original Sentence: 15 months

Type of Supervision: Supervised Release        Date Supervision Commenced: 03/07/07

## PETITIONING THE COURT

[X] We respectfully request to withdraw the violation of supervised release and dismiss the warrant.

Respectfully submitted,

By: Andrea Shumsky
      U.S. Probation Officer
Date: 05/15/08

THE COURT ORDERS:

[X] The dismissal of the pending violation of supervised release and the warrant.
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

May 15, 2008
Date