PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Adam Khales                                                                              Cr.: 05-00655-001
                                                                                                                                     PACTS Number: 39527

Name of Sentencing Judicial Officer: Honorable Dickinson R. Debevoise

Date of Original Sentence: 01/12/06

Original Offense: Manufacturing Counterfeit U.S. Currency in violation of Title 18 § U.S.C. §471 & 2

Original Sentence: 15 months

Type of Supervision: 3 years                                                                  Date Supervision Commenced: 03/07/07

## PETITIONING THE COURT

[ ]   To extend the term of supervision for       Years, for a total term of       Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to his residence for a period of two (2) months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.18 per day.

The defendant shall participate in a mental health program and participate in an approved program for domestic violence/anger management for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

## CAUSE

On March 17, 2009, the offender's girlfriend, Juanita Vazquez, contacted Woodbridge, New Jersey Police and filed a domestic violence complaint against the offender alleging he assaulted her at their residence. Ms. Vazquez also filed a temporary restraining order on this date which remains in effect. On March 18, 2009, the offender reported to Woodbridge Police Department knowing Ms. Vazquez filed a complaint. He was formally arrested and charged with assault. Bail in the amount of $2,500 was set in Woodbridge Municipal Court. On March 19, 2009, the offender posted a ten percent bond ($250) and was released. The charge remains pending and the offender is scheduled to appear in New Jersey Superior Court, Middlesex County Family Division on March 25, 2009, for an initial appearance.

PROB 12B - Page 2
Adam Khales

Respectfully submitted,

*Elizabeth Villa*

By: Elizabeth Villa
U.S. Probation Officer
Date: 3/24/09

---

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

March 27, 2009
_____
Date