PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Adam Khales                                                        Cr.: 05-00655-001
                                                                                       PACTS Number: 39527

Name of Sentencing Judicial Officer: Honorable Dickinson R. Debevoise

Date of Original Sentence: 01/12/06

Original Offense: Manufacturing Counterfeit U.S. Currency in violation of Title 18 § U.S.C. §471 & 2

Original Sentence: 15 months

Type of Supervision: 3 years                              Date Supervision Commenced: 03/07/07

## PETITIONING THE COURT

[ ]   To extend the term of supervision for         Years, for a total term of          Years.
[X]   To modify the conditions of supervision as follows.  The addition of the following special condition(s):

The defendant is to be confined to his residence for a period of two (2) months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.18 per day.

### CAUSE

On September 10, 2009, the offender was arrested by Hackensack, New Jersey Police and charged with burglary and theft by unlawful taking. According to the police report, the offender is charged with entering the structure located at 151 Prospect Avenue, Hackensack, which was not open to the public at the time and which the offender was not licensed or privileged to enter. While inside this structure, it is further alleged that the offender committed the offense of theft by unlawful taking by removing one (1) Magellan navigation system and five (5) dollars in U.S. currency from a 2001 Mazda without having permission to do so. On September 10, 2009, bail was set at $50,000 in Hackensack Municipal Court with no ten percent option. The charge was referred to New Jersey Superior Court, Bergen County, and is pending Grand Jury. Furthermore, on September 10 2009, a criminal complaint was filed by Paramus, New Jersey Police charging the offender with conspiracy to commit burglary and fraudulent use of credit cards. According to the police report, the offender, along with an accomplice, were observed on August 27, 2009, via security video surveillance at the Hanjin-Atrium Building located at 80 East and Route 4 in Paramus, New Jersey. The offender and his accomplice are observed entering the complainants

PROB 12B - Page 2  
Adam Khales

vehicle through the open sunroof and removing a money clip from inside the vehicle containing credit cards and a drivers license without having authorization to do so. It is further alleged that the offender and his accomplice then drove to Staples, an office supply store, located on Route 4 West, Paramus, and purchased two (2) laptop computers valued at $1,600. Bail in the amount of $25,000 was set in Paramus Municipal Court. On September 11, 2009, the offender posted bond on both charges and was released. All charges are pending. The undersigned officer will continue to closely monitor his actions and the status of the pending criminal charges.

Respectfully submitted,

By: Elizabeth Villa  
U.S. Probation Officer  
Date: 10/05/09

THE COURT ORDERS:

[x] The Modification of Conditions as Noted Above  
[ ] The Extension of Supervision as Noted Above  
[ ] No Action  
[ ] Other

Signature of Judicial Officer

October 8, 2009  
Date